UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JENNIFER BELFIGLIO-MARTLEY**<br>      Plaintiff | CIVIL ACTION NO.:<br>3:11-CV-00125 |
| v. | |
| **WATERFORD COUNTRY SCHOOL, INC.**<br>      Defendant | OCTOBER 23, 2012 |

## STIPULATION OF DISMISSAL

Pursuant to the Court's Order dated September 25, 2012 and Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, Jennifer Belfiglio-Martley and the Defendant, Waterford Country School, Inc., hereby stipulate and agree, by and between the undersigned counsel of record that the above-referenced action is dismissed, without costs to any party and with no party as the prevailing party as the action has been settled in full.

**By: s/s Morris J. Busca**
Morris J. Busca, Esq.
Federal Bar No. CT 20200
Busca Law Firm, LLC
300 State Street, Suite 315-316
New London, CT 06320-6152
Tel.  860-447-3222
Fax.  860-447-3909
mickey@mjbuscalaw.com


**By: s/s F. Jerome O'Malley**
F. Jerome O'Malley, Esq.
Federal Bar No. CT 06491
Tobin, Carberry, O'Malley, Riley & Selinger, P.C.
43 Broad Street
P.O. Box 58
New London, CT 06320-0058

CERTIFICATE OF SERVICE

       I hereby certify that on October 23, 2012, a copy of the foregoing document was filed electronically and served on Defendant's counsel via the Court's electronic filing system. Notice of this filing will be sent by electronic mail to all parties by operation of the court's electronic filing system. I hereby certify, in accordance with the Court's electronic filing order, that a copy of the foregoing was served by mail on anyone unable to accept electronic filing.

                                                    s/s Morris J. Busca